UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLEN ZALESKI )<br>*Plaintiff,* )<br> )<br>v. )<br> )<br>COSTCO WHOLESALE CORPORRATION )<br>*Defendant.* ) | Civil Action No.:<br><br>**COMPLAINT** |

## PARTIES

1. The Plaintiff, ALLEN ZALESKI, is a natural person with a usual place of residence located at 14 Knox Circle, Westfield, Hampden County, Massachusetts 01085.

2. The Defendant, COSTCO WHOLESALE CORPORATION, (hereinafter "COSTCO") is a foreign corporation doing business at 119 Daggett Drive in West Springfield, Hampden County, Massachusetts, with a resident agent, CT Corporation System, 155 Federal Street Suite 700, Boston, Suffolk County, Massachusetts 02110.

## JURISDICTION

3. Plaintiff brings his Complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.00.

## FACTS

4. On or about May 3, 2018, the Plaintiff, ALLEN ZALESKI, was a patron shopping at the COSTO store located at 119 Daggett Drive in West Springfield, Massachusetts.

5. At the same time and place, an employee of the Defendant, COSTCO, was pushing a pallet in the store and collided with a shopping carriage which was then pushed into the Plaintiff's back causing him to fall.

6. As a result of the fall, the Plaintiff, ALLEN ZALESKI, sustained serious personal injuries, requiring medical attention and incurring medical expenses.

### ALLEN ZALESKI v. COSTCO WHOLESALE CORPORATION
### NEGLIGENCE

7. The Plaintiff, ALLEN ZALESKI, hereby repeats and re-alleges every allegation above, as if set forth herein.

8. On or about May 3, 2018, the Defendant, COSTCO's employee, agent and/or servant caused the Plaintiff, ALLEN ZALESKI, to fall after pushing a shopping carriage into his back.

9. On or about May 3, 2018, the Defendant, COSTCO, was responsible for the actions or inactions of its employees and for properly training its employees.

10. On or about May 3, 2018, the Defendant, COSTCO, failed to warn the Plaintiff, ALLEN ZALESKI, of any hazardous conditions on the premises.

11. On or about May 3, 2018, the Plaintiff, ALLEN ZALESKI, was a lawful patron/guest on the premises owned or leased by the Defendant, COSTCO, and located at 119 Daggett Drive in West Springfield, Hampden County, Massachusetts.

12. The Defendant, COSTCO, owed a duty to the Plaintiff, ALLEN ZALESKI, to provide a safe shopping environment; that duty was breached when its employee pushed a shopping carriage into the Plaintiff's back.

13. As a direct and proximate result of the negligent, willful, wanton and reckless actions and/or inactions of the Defendant, COSTCO, the Plaintiff, ALLEN ZALESKI, sustained personal injuries to include injuries to his lower back and tailbone, requiring diagnostic tests and physical therapy and expended monies estimated in excess of $30,000.00 for medical care and attendance.

WHEREFORE, the Plaintiff, ALLEN ZALESKI, demands judgment against the Defendant, COSTCO WHOLESALE CORPORATION, in the amount of $175,000.00 or in such an amount that this court shall deem just and proper, together with interests and costs.

**THE PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES AND FACTS SO TRIABLE.**

> For the Plaintiff,
> By his attorney,
>
> _/s/Christopher F. Cava_____
> Christopher F. Cava, Esquire BBO#554437
> Jennifer L. Cava-Foreman, Esquire BBO#682014
> Cava Law Firm
> 2 Mattoon Street
> Springfield, MA 01105
> Tel. No.: (413) 737-3430
> Fax. No.: (413) 737-3382
> E-mail: chris@cavalawfirm.com
>         jennifer@cavalawfirm.com

Dated: 03/23/2020